DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE RAMOS,**
Appellant,

v.

**GEICO INSURANCE COMPANY,** as subrogee of Michael Illes**,**
Appellee.

No. 4D18-2461

[August 22, 2019]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE16012441 .

Jose Ramos, Fort Lauderdale, pro se.

Sharon C. Degnan of Kubicki Draper, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***